## KELLEY ET AL. v. RAGGIO ET AL.

No. 316. Decided November 7, 1960.

*Clifton Young* for appellants.

*Roger D. Foley,* Attorney General of Nevada, *John A. Porter* and *Norman H. Samuelson,* Deputy Attorneys General, and *William J. Raggio* for appellees.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

## CENTRAL ILLINOIS PUBLIC SERVICE CO. v. ILLINOIS COMMERCE COMM'N ET AL.

No. 352. Decided November 7, 1960.

*Elmer Nafziger* for appellant.

*William L. Guild,* Attorney General of Illinois, *Harry R. Begley,* Special Assistant Attorney General, *John W. Foster, Robert Mitten, Joseph H. Wright* and *Herbert J. Deany* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.